JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GREGORY ROBINSON, | No. 15-06112 AB (PWx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| UNITED STATES OF AMERICA | |
| Defendant. | HON. ANDRÉ BIROTTE JR.<br>United States District Judge |

1   On September 18, 2015, Defendant United States of America filed a Motion to
2   Dismiss Plaintiff Gregory Robinson's complaint for lack of subject matter jurisdiction.
3   Dkt. No. 12.  Plaintiff's opposition brief was due on October 15, 2015.
4   On October 16, 2015, this Court extended the deadline by which Plaintiff was
5   required to file his opposition brief, such that Plaintiff's opposition brief was due on
6   November 9, 2015.  Dkt. No. 15.  Plaintiff did not file an opposition brief.
7   In light of Plaintiff's failure to oppose the Government's Motion to Dismiss—
8   which the Court construes as consent to granting the Motion (L.R. 7-12)—and the merits
9   of the Motion, the Court hereby orders and adjudges as follows:
10   1) Defendant's Motion to Dismiss is granted;
11   2) The Complaint is dismissed with prejudice.

13   IT IS SO ORDERED.

15   Dated: December 2, 2015

HON. ANDRÉ BIROTTE JR.
United States District Judge

1